UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>               Plaintiff,<br><br>   v.<br><br>RADO LIMITED PARTNERSHIP,<br><br>               Defendant. | Case No. 1:18-cv-06768  (DLC) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David G. Januszewski of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Plaintiff Deutsche Bank Trust Company Americas in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated:  July 30, 2018

Respectfully submitted,

David G. Januszewski
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
(212) 701-3000
djanuszewski@cahill.com