UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>                   Plaintiff,<br><br>     v.<br><br>RADO LIMITED PARTNERSHIP,<br><br>                   Defendant. | Case No. 1:18-cv-06768 (DLC)<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Deutsche Bank Trust Company Americas, by and through its undersigned counsel, Cahill Gordon & Reindel LLP, states that Deutsche Bank Trust Company Americas is a privately-owned corporation. Its parent corporation is Deutsche Bank Trust Corporation, a wholly-owned subsidiary of DB USA Corporation, the U.S. intermediate holding company of Deutsche Bank AG. Of these parent corporations, only Deutsche Bank AG is publicly held. No other publicly-held corporation owns more than 10 percent of the stock of Deutsche Bank Trust Company Americas.

Dated: New York, New York
       July 30, 2018

                                            **CAHILL GORDON & REINDEL LLP**

                                            By: _/s/ David G. Januszewski_
                                            David G. Januszewski
                                            80 Pine Street
                                            New York, New York 10005
                                            (212) 701-3000

                                            *Attorneys for Plaintiff Deutsche Bank Trust*
                                            *Company Americas*