UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>    Plaintiff,<br><br>  v.<br><br>RADO LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 1:18-cv-06768  (DLC) |

## NOTICE OF ENTRY OF APPEARANCE

 PLEASE TAKE NOTICE that Sesi V. Garimella of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for Plaintiff Deutsche Bank Trust Company Americas in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated:  July 30, 2018

Respectfully submitted,

_____
Sesi V. Garimella
**CAHILL GORDON & REINDEL** LLP
80 Pine Street
New York, New York 10005
(212) 701-3000
sgarimella@cahill.com