**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DEUTSCHE BANK TRUST
COMPANY AMERICAS,
           Plaintiff,

v.

RADO LIMITED PARTNERSHIP,

           Defendant.

---

Case No. 1:18-cv-06768

**AFFIDAVIT OF SERVICE UPON RADO LIMITED PARTNERSHIP**

**AT 203 QUEEN STREET, AUCKLAND, NEW ZEALAND**

I, Patrick John Henshall, do hereby make oath and say as follows:

1. I am a New Zealand licensed Private Investigator and Process Server and owner/director of The FEDS Network 2017 Ltd. located at P.O. Box 300471, Albany, Auckland, 0752 New Zealand, and am authorized to serve legal process in New Zealand.

2. On or about August 1, 2018, I was retained by Plaintiff's counsel to serve the following documents upon Defendant Rado Limited Partnership ("Rado"): *Summons in a Civil Action* and *Complaint* with Exhibits A – C.

3. According to Plaintiff's counsel, Rado may be served at Level 11, 203 Queen Street, Auckland, New Zealand 1010.

4. On August 2, 2018 at approximately 2:25 p.m., I went to Level 11, 203 Queen Street which turned out to be the office of Amicorp New Zealand Limited (*See* photo of sign attached hereto as Exhibit A). I entered the office and met with a woman who identified herself as Samsoor Hamid, Senior Legal Counsel/Compliance Officer for Amicorp New Zealand Limited. Ms. Hamid confirmed she is authorized to accept documents on behalf of Rado and indicated to me that she had "been expecting this" so I handed to her the above-referenced documents, which she accepted, and informed her she was being served with legal process on behalf of Rado.

5. Ms. Hamid is Sri Lankan, approximately 60 years old, 5'10" tall, with a medium build, and dark hair and eyes.

6. Service has thus been effected upon Defendant Rado Limited Partnership in compliance with the laws of New Zealand and the United States.

SWORN at Auckland )
this 10th August 2018 )
before me: )

Patrick John Henshall

S. Kaur
Deputy Registrar

North Shore District Court
Cnr Don Mckinnon & Corinthian Drives
ALBANY

10 AUG 2018

# EXHIBIT A

