**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>    Plaintiff,<br><br>v.<br><br>RADO LIMITED PARTNERSHIP,<br>    Defendant. | Case No. 1:18-cv-06768 |

### AFFIDAVIT OF SERVICE UPON RADO LIMITED PARTNERSHIP

### AT LEVEL 15, WEST PLAZA BUILDING, AUCKLAND, NEW ZEALAND

I, Patrick John Henshall, do hereby make oath and say as follows:

1. I am a New Zealand licensed Private Investigator and Process Server and owner/director of The FEDS Network 2017 Ltd. located at P.O. Box 300471, Albany, Auckland, 0752 New Zealand, and am authorized to serve legal process in New Zealand.

2. On or about August 1, 2018, I was retained by Plaintiff's counsel to serve the following documents upon Defendant Rado Limited Partnership ("Rado"): *Summons in a Civil Action* and *Complaint* with Exhibits A – C.

3. According to Plaintiff's counsel, Rado may be served c/o Amicorp New Zealand Limited, Level 15, West Plaza Building, Cnr. Albert & Fanshawe Street, Auckland, New Zealand 1010.

4. On August 2, 2018 at approximately 2:56 p.m., I went to Level 15 in the West Plaza Building which, per signage near the entrance, was the office of several business entities, including JP Morgan Trust Company (New Zealand) Limited and WinTrust New Zealand Limited (*See* photo of signage attached hereto as Exhibit A). I entered the office and met with a man who identified himself as Adam McDonnell, Managing Director of AnchorWin Trust. I asked Mr. McDonnell if



one of their entities represented Rado Limited Partnership. He said he did not know and therefore I informed him that as there was sufficient reference within the documents linking this Rado Limited Partnership with this address I was serving him with legal process on behalf of Rado Limited Partnership.

5. I placed the above-referenced documents on the table in front of Mr. McDonnell, which he then picked up, and he gave me his business card, attached hereto as Exhibit B, as proof of my visit.

6. Mr. McDonnell is Caucasian, approximately 50 years old, 5'11" tall, with a medium build, short hair, and dark eyes.

7. Service has thus been effected upon Defendant Rado Limited Partnership in compliance with the laws of New Zealand and the United States.

I declare under penalty of perjury under the laws of New Zealand and the United States that the above statements are true and accurate to the best of my knowledge and belief.

| | |
|---|---|
| **SWORN** at Auckland ) | |
| this __10th__ August 2018 ) | _____ |
| before me: ) | Patrick John Henshall |

S. Kaur
Deputy Registrar

North Shore District Court
Cnr Don Mckinnon & Corinthian Drives
**ALBANY**

10 AUG 2018

This is the annexure marked **A** referred in the written declaration/affidavit of

PATRICK JOHN HENSHALL

Declared / Sworn at North Shore District Court this 10th day of August 2018

Before me:

Deputy Registrar  S. Kaur

**Deputy Registrar**

# EXHIBIT A

**North Shore District Court**
Cnr Don Mckinnon & Corinthian Drives
**ALBANY**

1 0 AUG 2018



Sign listing:
- Bastion Assets Trustee Limited
- Clarenden Lea Trust (New Zealand) Limited
- Credit Suisse Trust Limited
- Faircrest Hambro Trust Corporation Limited
- J P Morgan Trust Company (New Zealand) Limited
- Magister Trustees Limited
- Windsor Trust Company Limited
- WinTrust New Zealand Limited
- CINA Trust Company (NZ) Limited
- Travers Trustees (NZ) Limited

This is the annexure marked...**B**...referred to in the written declaration/affidavit of PATRICK JOHN HENSHALL

Declared / Sworn at North Shore District Court

this 10th day of August 2018

Before me:

Deputy Registrar

S. KAUT

10 AUG 2018

Deputy Registrar

North Shore District Court
Cnr Don Mckinnon & Corinthian Dri
ALBANY

# EXHIBIT B

## Photograph of ADAM McDONNELL's Business Card given to me at the time of my visit.





ADAM McDONNELL LLB, BSocSci
MANAGING DIRECTOR

Level 15
West Plaza
1-3 Albert Street
PO Box 3639
Auckland 1140
New Zealand

M: +64 21 192 1238
T: +64 9 373 4450
F: +64 9 366 0343
E: adammcdonnell@anchortrustees.co.nz

www.anchorwintrust.com