**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Plaintiff,

v.

RADO LIMITED PARTNERSHIP,

        Defendant.

Case No.: 1:18-cv-06768 (DLC)

**STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND TO**
**COMPLAINT**

      **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Deutsche Bank Trust Company Americas and Defendant Rado Limited Partnership, by and through undersigned counsel, that Defendant's time to answer, move or otherwise respond to the complaint has been extended through and including September 13, 2018.

      No provision of this Stipulation shall be construed as a waiver of, and Defendant Rado Limited Partnership expressly reserves any and all defenses.

      There have been no previous requests for extension of time in connection with this matter.

*So ordered.*
*/s/ Denise Cote*
*8/22/18*

Dated: August 22, 2018

| | |
|---|---|
| **CAHILL GORDON & REINDEL LLP** | **LEWIS BAACH KAUFMANN MIDDLEMISS PLLC** |
| By: _____ | By: _____ |
| David G. Januszewski | Bruce R. Grace |
| Eighty Pine Street | 1101 New York Avenue, NW, Suite 1000 |
| New York, NY 10005 | Washington, DC 20005 |
| (212) 701-3000 | (202) 833-8900 |
| | |
| *Attorneys for Plaintiff Deutsche Bank Trust Company Americas* | The Chrysler Building |
| | 405 Lexington Avenue, 62nd Floor |
| | New York, NY 10174 |
| | (212) 826-7001 |

SO ORDERED:

_____
Hon. Denise Cote
United States District Judge