UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
DEUTSCHE BANK TRUST COMPANY AMERICAS,

                      Plaintiff,

                      Index No. 18cv6768 (DLC)

           - v -

RADO LIMITED PARTNERSHIP,

                      Defendant.

---------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

        MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to this action.

2. Pursuant to this Court's August 15, 2018 order, I have this day mailed a copy of said order and a copy of Judge Cote's rule to:

        Bruce R. Grace
        Lewis Baach Kaufman Middlemiss PLLC
        1101 New York Avenue, NW, Suite 1000
        Washington , DC  20005

by depositing true and correct copies thereof in the letter drop maintained by the United States Postal Service.

                                                                _____
                                                                 MAURA A. MCLOUGHLIN

Sworn to before me this
5th day of September, 2018

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2019