**MALECKI LAW**
Jenice L. Malecki (JM2871)
11 Broadway, Suite 715
New York, New York 10004
Tel: (212) 943-1233
Fax: (212) 943-1238
jenice@maleckilaw.com
*Attorneys for Defendant*
*Rado Limited Partnership*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

       Plaintiff,

v.

RADO LIMITED PARTNERSHIP,

       Defendant.

Civil Action: 1:18-cv-06768

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant hereby states, by its attorneys, Malecki Law, that Rado Limited Partnership has no parent company and no affiliation with any publicly held corporation owning 10% or more of its stock.

Dated: September 12, 2018

                **MALECKI LAW**
                Attorneys for Defendant
                Rado Limited Partnership

         By:   */s/ Jenice L. Malecki*
                _____
                Jenice L. Malecki (JM2871)