USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                  :
DEUTSCHE BANK TRUST COMPANY AMERICAS,  :
                                                  :
                       Plaintiff,        :        18cv6768(DLC)
             -v-                           :
                                                  :          ORDER
RADO LIMITED PARTNERSHIP,               :
                                                  :
                     Defendant.        :
                                                  :
----------------------------------------X

DENISE COTE, District Judge:

    On October 22, 2018, the plaintiff filed a letter purporting to set forth the basis for diversity jurisdiction. This letter identified the defendant as a limited partnership, but only provided the defendant's country of incorporation and principal place of business. An Order of October 29 directed the defendant to file a letter by November 9 "stating the citizenship of each of the defendant's partners."

    On November 9, the defendant filed a letter which disclosed that the three "owners" of the defendant limited partnership are one New Zealand company, Rado NZGP Limited, and two Delaware companies, Amadeus LLC and Bellini LLC. The November 9 letter further disclosed that Rado NZGP Limited and Amadeus LLC are owned by a New Zealand trust, the Diego Trust, and that Bellini LLC is "also owned by the Diego Trust along with the Diego II Trust, which is also a New Zealand trust." The November 9 letter also states that the current trustee of both the Diego

Trust and the Diego II Trust is Amicorp Trustees (New Zealand) Limited.

On November 16, the defendant filed a supplemental diversity letter giving further information about the corporate structure of some of the relevant entities. The November 16 letter is sufficient to show the following. First, that the defendant is comprised of three partners: Amadeus LLC, Rado NZGP Limited, and Bellini LLC. Second, Rado NZGP Limited is a corporation incorporated in New Zealand. Third, both the Diego Trust and the Diego II Trust are nonjuridical entities such that they have the citizenship of their trustees. Fourth, that the sole trustee of each trust is Amicorp Trustees (New Zealand) Limited, which is a corporation incorporated in New Zealand. Accordingly, it is hereby

ORDERED that the defendants shall submit a letter with the following information by **November 30, 2018**: (1) the list of all partners of Bellini LLC, including, for any unincorporated members, the list of such member's partners, and the place of incorporation and principal place of business of any incorporated members, and for any natural person their state of citizenship; (2) the list of all partners of Amadeus LLC and the same information about those partners; (3) the principal place of business of Rado NZGP Limited; (4) the principal place of

2

business of Amicorp Trustees (New Zealand) Limited.

Dated:   New York, New York
         November 20, 2018

                                    _____
                                            DENISE COTE
                                    United States District Judge

3