

ABOUTSECURITIESLAW.COM

11 BROADWAY, SUITE 715
NEW YORK, NEW YORK 10004
(212) 943-1233 TELEPHONE
(212) 943-1238 FACSIMILE

November 26, 2018

BY ECF
The Honorable Denise Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    Re: Deutsche Bank Trust Company Americas v. Rado Limited Partnership
       No. 18cv6768 (S.D.N.Y.)

Honorable Judge Cote:

This letter responds to the Order dated November 21, 2018 as to the jurisdictional status of (1) Bellini LLC, (2) Amadeus LLC, (3) Rado NZGP Limited and (4) Amicorp Trustees (New Zealand) Limited.

(1) Bellini LLC is owned by Amicorp Trustees (New Zealand) Limited ("Amicorp") as Trustee of the Diego Trust (50%) and Diego II Trust (50%). Amicorp is incorporated and conducts its business from Auckland, New Zealand. The trusts are both New Zealand law trusts and are managed from Auckland, New Zealand. The principal beneficiary of both trusts is Mr. Diego Romay who is an Argentine citizen.

(2) Amadeus LLC is owned by Amicorp Trustees (New Zealand) Limited (Amicorp) as Trustee of the Diego Trust (100%). Amicorp is incorporated and conducts its business from Auckland, New Zealand. The Trust is a New Zealand law trust and is managed from Auckland, New Zealand. The principal beneficiary of the trust is Mr. Diego Romay who is an Argentine citizen.

(3) The principal place of business of Rado NZGP Limited is Auckland, New Zealand.

(4) The principal place of business of Amicorp Trustees (New Zealand) Limited is Auckland, New Zealand.

Respectfully submitted,

Jenice L. Malecki

Cc: David G. Januszewski, Esq.

1