**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK SECURITIES, INC., <br>                    Plaintiff, <br><br>         v. <br><br> RADO LIMITED PARTNERSHIP, <br>                    Defendants. | Case No.: 18-cv-06768 (DLC) |

**DECLARATION OF JENICE L. MALECKI IN SUPPORT OF
DEFENDANTS'/COUNTERCLAIMANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO DISMISS**

JENICE L. MALECKI declares as follows:

1. I am admitted to the bar of this Court and an attorney at the law firm Malecki Law, attorneys for Defendant/Counterclaimant Rado Limited Partnership in the above-captioned action. I submit this declaration in support of Defendants'/Counterclaimant's Opposition to Plaintiff's Motion to Dismiss.

2. Attached as **Exhibit A** is a true and correct copy of the SEC Cease and Desist Order.

3. Upon information and belief, attached as **Exhibit B** are true and correct copies of Madison Assets account statements with Deutsche Bank.

4. Attached as **Exhibit C** is a true and correct copy of the Amended Answer, Affirmative Defenses and Counterclaims filed with this Count on November 09, 2018.

5. Attached as **Exhibit D** are a true and correct copy of Rado's Deutsche Bank account statements.

6. Upon information and belief, attached as **Exhibit E** are true and correct copies of communications between Deutsche Bank and Biscayne Capital from 2016.

7. Attached as **Exhibit F** is a true and correct copy of the Affidavit of Gustavo Trujillo, dated December 20, 2018.

8. Attached as **Exhibit G** is a true and correct copy of David G. Januszewki's Declaration in Support of Plaintiffs Motion for a Preliminary Injunction, and exhibit one, filed with this Court in related case, Case No.: 18-cv-10191, on November 02, 2018.

Dated:  December 21, 2018
        New York, NY                                              */s/ Jenice L. Malecki, Esq.*
                                                                 Jenice L. Malecki, Esq.