# EXHIBIT E

On Apr 28, 2016, at 9:56 AM, Pablo L. Perrotta <pablo.perrotta@biscaynecapital.com> wrote:

Good Morning, I ended a call with the head of Deutsche de FIM Tracy Clarck Deutsche made two resolutions last week regarding the FIM LATAM because at this time due to fiscal transparency, countries of residence of the clients and compliance are aiming for relations with MULTI FAMILY superiors at 1 BN and accounts greater than 10MM:   1 In the USA, the FIM committee decided not to move forward with BC, leaving the negotiations until now and the pre-agreements sent with fees without effect.   2 Regarding DB SWISS, they give us until the end of October to close the accounts and migrate them.   3 The accounts that are open in DB USA with Reynaldo, is not yet defined what is going to happen, we are calling to find out.   In view of this we will comment with the Fas that handled DB USA as an option that is not reaching an auspicious negotiation to use another custody and that of Switzerland we must see the timing of communication that is concentrated in few FAS with larger accounts.   All this communication will come in writing from Deutsche in the coming weeks, apologized for the case for the constant changes in strategy etc. Ferdinand, if you had contact with her, you may have more information informally.   Plp

Pablo L. Perrotta
**Senior Vice President**
**Head Global Operations & Compliance**
Biscayne Capital
TEL +598.2518.2770 TOLL FREE: 0800 891 4852 FAX +598.2518.2791 www.biscaynecapital.com

CAUTION: Any information contained in this communication is intended for the use of the named addressee(s). All information contained in this communication is not intended or construed as an offer, solicitation, or a recommendation to purchase any security nor does it constitute any form of trade confirmation. Advice, suggestions or views presented in this communication are not necessarily those of Biscayne Capital nor do they warrant a complete or accurate statement. Do not send time-sensitive, action-oriented messages such as transaction orders, fund transfer instructions or check stop payment requests, as it is our policy not to accept such items electronically. If you are not an intended party to this communication, please notify the sender and delete/destroy any and all copies of this communication. Unintended recipients shall not review, reproduce, disseminate nor disclose any information contained in this communication.

---------- Mensaje reenviado ----------
From: "Pablo L. Perrotta" <pablo.perrotta@biscaynecapital.com>
To: Reynaldo Db <reynaldo.figueredo@db.com>
Cc: Luciana Fernandez <luciana.fernandez@biscaynecapital.com>, Fernando Haberer <fhb@pbadvisor.net>
Bcc:
Date: Wed, 25 May 2016 17:00:25 +0000
Subject: Deutsche bank suisse

Dear Reynaldo yesterday we received the letter from DB Swiss with closing date October 30 as you will see annex. Please tell us how to advance for the migration of ctas to your book. We already make some presentation in your visit to the region with the bankers as we talked just confirm the day you will have available. Best.

## Pablo L. Perrotta
**Senior Vice President**
**Head Global Operations & Compliance**

Biscayne Capital
TEL +598.2518.2770 TOLL FREE: 0800 891 4852 FAX +598.2518.2791 www.biscaynecapital.com

CAUTION: Any information contained in this communication is intended for the use of the named addressee(s). All information contained in this communication is not intended or construed as an offer, solicitation, or a recommendation to purchase any security nor does it constitute any form of trade confirmation. Advice, suggestions or views presented in this communication are not necessarily those of Biscayne Capital nor do they warrant a complete or accurate statement. Do not send time-sensitive, action-oriented messages such as transaction orders, fund transfer instructions or check stop payment requests, as it is our policy not to accept such items electronically. If you are not an intended party to this communication, please notify the sender and delete/destroy any and all copies of this communication. Unintended recipients shall not review, reproduce, disseminate nor disclose any information contained in this communication.

---------- Mensaje reenviado ----------
From: Reynaldo Figueredo <reynaldo.figueredo@db.com>
To: Pascal Russo <Pascal.Russo@db.com>
Cc: "fhb@pbadvisor.net" <fhb@pbadvisor.net>, Luciana Fernandez <luciana.fernandez@biscaynecapital.com>, Stanislao Cataldo <stanislao.cataldo@db.com>, Silvia Sepulveda <silvia.sepulveda@db.com>, Silvana Peron <silvana.peron@db.com>
Bcc:
Date: Mon, 5 Dec 2016 17:04:11 +0000
Subject: RE: FORCED CLOSURE

Dear Pascal, as mentioned by phone earlier this morning, I confirm that I'll be the Relationship Manager of the below mentioned accounts as soon as the existing POAs are retired.

Best,

Reynaldo Figueredo Director Deutsche Bank Trust Company Americas 600 Brickell Avenue, Suite 2050 Miami, FL 33131 Tel. +1 (305) 577-6617 Fax +1 (310) 961-3670 Cel. +1 (646) 209-1902 Securities offered through Deutsche Bank Securities Inc.

**From:** Luciana Fernandez [mailto:luciana.fernandez@biscaynecapital.com]
**Sent:** Monday, December 05, 2016 9:54 AM **To:** Reynaldo Figueredo; Stanislao Cataldo **Cc:** fhb@pbadvisor.net **Subject:** RV: FORCED CLOSURE

Hola Reynaldo,

Can you answer this?

saludos

Luciana Fernandez
**Back Office Manager**

Biscayne Capital
Zonamerica, Ruta 8, Km 17.5, Edif. Beta 4, L.006
C.P. 91600, Montevideo, Uruguay
TEL +598.2518.2770
FAX +598.2518.2791
www.biscaynecapital.com

**De:** Pascal Russo <Pascal.Russo@db.com> **Enviado:** lunes, 05 de diciembre de 2016 11:48 **Para:** Luciana Fernandez; Pablo L. Perrotta **Asunto:** FW: FORCED CLOSURE

Classification: Public
Dear Luciana,

Could you explain me what means:

███████ 6931 (Biscayne)
███████ 4184 (Biscayne)
**are being transfered under Reynaldo Figueredo.**

Thank you and regards

Have a nice day

**Pascal Russo** Director | Head of Financial Intermediaries Geneva Deutsche Bank (Suisse) SA Deutsche Bank Wealth Management Place des Bergues 3, CH-1211 Genève 1 Tel. +41(22)739-0457 Fax +41(22)739-0402 Mobile +41 79 236.1712 Email pascal.russo@db.com Visit us: http://www.pwm.db.com/switzerland/en/index_ch.html
*Passion to Perform*

**From:** Pascal Russo **Sent:** Freitag, 2. Dezember 2016 09:23 **To:** Luciana Fernandez **Cc:** Pablo L. Perrotta; FIM Geneva; Daniela Romano-Minelli **Subject:** RE: FORCED CLOSURE

Classification: Public
Dear Luciana

Thank you for your effort, it is highly appreciated, I will do my best to get approval for your proposed dead line.

Have a nice day

Best regards

Pascal

**From:** Luciana Fernandez [mailto:luciana.fernandez@biscaynecapital.com]
**Sent:** jeudi 1 décembre 2016 18:04 **To:** Pascal Russo **Cc:** Pablo L. Perrotta **Subject:** Re: FORCED CLOSURE

Thanks Pascal.

Accounts:

3938 (Biscayne)
3830 (Biscayne)
3817 (Biscayne

we sent an email to Daniela Romano explaining that they were in process of Argentinas Amnisty and they were going to pay from DB account and the account was going to be closed before 15/12.

account: the closing letter was sent today by email and by dhl in original.

3066 (Biscayne)

and accounts:

6931 (Biscayne)
184 (Biscayne)

are being transfered under Reynaldo Figueredo.

Can you give us till 20/12 to get all the accounts out not selling any portfolio?

plslet us know,

regards

```
Luciana Fernandez
Back Office Manager

Biscayne Capital
Zonamerica, Ruta 8, Km 17.5, Edif. Beta 4, L.006
C.P. 91600, Montevideo, Uruguay
TEL +598.2518.2770
FAX +598.2518.2791
www.biscaynecapital.com
```

**De:** Pascal Russo <Pascal.Russo@db.com> **Enviado:** jueves, 01 de diciembre de 2016 13:48 **Para:** Luciana Fernandez **Cc:** Pablo L. Perrotta **Asunto:** RE: FORCED CLOSURE

Classification: Public

Dear Luciana

Here the accounts:

▇▇▇▇6931 (Biscayne)
▇▇▇▇4184 (Biscayne)
▇▇▇▇3938 (Biscayne)
▇▇▇▇3830 (Biscayne)
▇▇▇▇3817 (Biscayne)
5043477 (Biscayne's own account)
▇▇▇▇3066 (Biscayne)

Best regards

Pascal

**From:** Luciana Fernandez [mailto:luciana.fernandez@biscaynecapital.com]
**Sent:** jeudi 1 décembre 2016 16:48 **To:** Pascal Russo **Cc:** Pablo L. Perrotta **Subject:** Re: FORCED CLOSURE

Dear Pascal,

we have sent some of the forms, but we are closing all the accounts.
Which accounts are you referring?

Please let us know asap..

thanks very much

```
Luciana Fernandez
Back Office Manager

Biscayne Capital
Zonamerica, Ruta 8, Km 17.5, Edif. Beta 4, L.006
C.P. 91600, Montevideo, Uruguay
TEL +598.2518.2770
FAX +598.2518.2791
www.biscaynecapital.com
```

**De:** Pascal Russo <Pascal.Russo@db.com> **Enviado:** jueves, 01 de diciembre de 2016 12:29 **Para:** Biscayne Capital Trading; Catalina Loustaunau **Cc:** FIM Geneva **Asunto:** FORCED CLOSURE

Classification: Public
Dear All

Your clients have received in the last 3 months 3 letter in order to fulfill the requirement of the Bank or send a transfer and closing instruction.

As of today we have not received any feedback or any instruction.

As explained in the last letter we are going to forced closure meaning:

On Monday the all portfolio will be sold and the cash balance will be issued on a check at the disposal of the account owner.

Thank you to communicate that to your clients.

Best regards

Pascal Russo Director | Head of Financial Intermediaries Geneva Deutsche Bank (Suisse) SA Deutsche Bank Wealth Management Place des Bergues 3, CH-1211 Genève 1 Tel. +41(22)739-0457 Fax +41(22)739-0402 Mobile +41 79 236.1712 Email pascal.russo@db.com Visit us: http://www.pwm.db.com/switzerland/en/index_ch.html

*Passion to Perform*

---This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and delete this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden. Please refer to http://www.db.com/en/content/eu_disclosures.htm for additional EU corporate and regulatory disclosures and to http://www.db.com/unitedkingdom/content/privacy.htm for information about privacy.

CAUTION: Any information contained in this communication is intended for
the use of the named addressee(s). All information contained in this
communication is not intended or construed as an offer, solicitation, or
a recommendation to purchase any security nor does it constitute any form
of trade confirmation. Advice, suggestions or views presented in this
communication are not necessarily those of Biscayne Capital nor do they
warrant a complete or accurate statement. Do not send time-sensitive,
action-oriented messages such as transaction orders, fund transfer
instructions or check stop payment requests, as it is our policy not to
accept such items electronically. If you are not an intended party to
this communication, please notify the sender and delete/destroy any and
all copies of this communication. Unintended recipients shall not review,
reproduce, disseminate nor disclose any information contained in this
communication.

CAUTION: Any information contained in this communication is intended for
the use of the named addressee(s). All information contained in this
communication is not intended or construed as an offer, solicitation, or

---------- Mensaje reenviado ----------
From: "Pablo L. Perrotta" <pablo.perrotta@biscaynecapital.com>
To: Roberto Cortes <roberto.cortes@biscaynecapital.com>, Juan Carlos Cortes <juan.cortes@biscaynecapital.com>, Fernando Haberer <fhb@pbadvisor.net>
Cc: "Nicolás Barcia" <nicolas.barcia@biscaynecapital.com>, Ferdinand Porak <ferdinand.porak@biscaynecapital.com>
Bcc:
Date: Thu, 21 Jan 2016 03:12:04 +0000
Subject: DB
Translation

Dear; Next Monday, February 1, we have a meeting with Deustche in New York with Ferdinand. As commented with RC in Punta del Este, this meeting was recommended by the Directors of EAM on several occasions and on the last visit, and Ferdinand to them. The EAM department was created at the end of 2015 and is the natural way to carry out Biscayne's relationship; We will meet with commercial compliance and credit operations of EAM. Reynaldo has been wanting to take the book from Switzerland to the country for months due to internal bank disputes, as the banker from Latam is not clear on where to go. If someone considers something contrary please advise; during the meeting directory. Atte


Pablo L. Perrotta
**Senior Vice President**
**Head Global Operations**
Biscayne Capital
TEL +598.2518.2770 TOLL FREE: 0800 891 4852 FAX +598.2518.2791 www.biscaynecapital.com

CAUTION: Any information contained in this communication is intended for the use of the named addressee(s). All information contained in this communication is not intended or construed as an offer, solicitation, or a recommendation to purchase any security nor does it constitute any form of trade confirmation. Advice, suggestions or views presented in this communication are not necessarily those of Biscayne Capital nor do they warrant a complete or accurate statement. Do not send time-sensitive, action-oriented messages such as transaction orders, fund transfer instructions or check stop payment requests, as it is our policy not to accept such items electronically. If you are not an intended party to this communication, please notify the sender and delete/destroy any and all copies of this communication. Unintended recipients shall not review, reproduce, disseminate nor disclose any information contained in this communication.